UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRIAN JACKSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN DUFFY, CMF WARDEN,<br><br>　　　　Respondent. | Case No. EDCV 14-2088 AG (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: September 5, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　United States District Judge